IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES WORTHAM,** | 2:06-cv-02639 LKK DAD |
| Petitioner, | **ORDER** |
| v. | |
| **ROBERT A. HOREL, Warden,** | |
| Respondent. | |

Respondent has filed a first request for a thirty-day extension of time to file a response to the Petition for Writ of Habeas Corpus filed by James Wortham. Good cause appearing, IT IS HEREBY ORDERED that respondent's request is granted. Respondent shall file a response on or before January 18, 2009.

DATED: December 19, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/wort2639.111res